AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

District of New Mexico

FILED
United States District Court
Albuquerque, New Mexico

Mitchell R. Elfers
Clerk of Court

| United States of America | ) | |
|---|---|---|
| MARCOS ALDERETE (YOB: 1990) | ) | |
| | ) | Case No. **26mj694** |
| | ) | |
| | ) | |
| | ) | |
| | ) | |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **February 19, 2026** in the county of **Bernalillo** in the District of **New Mexico**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 922(g) and 924 | Felon in Possession of a Firearm |
| 26 U.S.C. § 5861(i) and 5871 | Receiving or Possessing a Firearm which is not identified by a serial number |
| 26 U.S.C. § 5861(d) and 5871 | Receipt and Possession of a Firearm Not Registered with the National Firearms Registration and Transfer Record |

This criminal complaint is based on these facts:

See Attachment in Support of Criminal Complaint

☑ Continued on the attached sheet.

*Complainant's signature*

Deputy United States Marshal, Tyler K Foster
*Printed name and title*

Sworn to before me telephonically.

Date: 02/19/2026

*Judge's signature*

City and state: Albuquerque, New Mexico

John F. Robbenhaar, United States Magistrate Judge
*Printed name and title*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| IN THE MATTER OF THE ARREST OF: <br><br> MARCOS ALDERETE (YOB: 1990) | Case No. _____ |

## **INTRODUCTION AND BACKGROUND OF THE AFFIANT**

1.    I, Tyler K Foster, Deputy United States Marshal ("DUSM") of the United States Marshal Service ("USMS"), being first duly sworn, make this affidavit in support of a criminal complaint and arrest warrant for Marcos Alderete ("ALDERETE"), violations of 18 U.S.C. §§ 922(g) and 924, that being Felon in Possession of a Firearm , 26 U.S.C. § 5861(i) and 5871, that being Receipt or Possession a Firearm Not Identified by a Serial Number, and 26 U.S.C. § 5861(d) and 5871, that being: Receipt and Possession of a Firearm Not Registered with the National Firearms Registration and Transfer Record (the "Target Offenses").

## **AFFIANT'S RELEVANT TRAINING AND EXPERIENCE**

2.    I am a Deputy United States Marshal with the USMS and have been since July 19, 2022. I have received and completed training at the Federal Law Enforcement Training Academy ("FLETC") as a criminal investigator. During my tenure with the USMS, I have investigated and assisted in the apprehension of federal, state, and local fugitives to include but not limited to sex offenders, gang members, violent repeat offenders, and those with extensive criminal history.

3. In conjunction with my current assignments as a member of the USMS Southwest Investigative Fugitive Team[1] ("SWIFT"), I am a sworn Task Force Agent with the Federal Bureau of Investigation's ("FBI") Violent Gang Task Force ("VGTF"). During my time with both SWIFT and the FBI-VGTF I have conducted numerous criminal investigations involving firearms and narcotics offenses. These investigations often required me to write and obtain Federal search and arrest warrants to continue investigating violations of Federal statutes.

## FACTS AND CIRCUMSTANCES ESTABLISHING PROBABLE CAUSE

### ALDERETE'S CRIMINAL HISTORY

4. ALDERETE is a convicted felon. On September 21, 2017, ALDERETE plead guilty to an Indictment charging two state felony crimes for Residential Burglary, as charged in State of New Mexico case number D-1329-CR02017-00006.

5. According to State of New Mexico court documents DA File No SV-0875(A)2, ALDERETE received a three-year suspended sentence followed by a term of three years of state probation.

### FIREARMS INVESTIGATION

6. Since December 2025, ALDERETE has been the subject of interest to members of the USMS and FBI VGTF for the Target Offenses.

7. In the beginning of this investigation, Criminal Investigators located ALDERETE's Facebook Profile under the name "Mars West." Investigators linked this Facebook Profile to ALDERETE's by the numerous posts showing ALDERETE's face and distinct neck tattoo. During a review of ALDERETE's Facebook Profile, investigators began observing numerous social media

---

[1] The Southwest Investigative Fugitive Team is a USMS-led Task Force consisting of members from the USMS, Albuquerque Police Department, Bernalillo County Sheriff's Office, New Mexico State Police, and the New Mexico Corrections Department.

2

posts on ALDERETE's Facebook "story." These posts displayed ALDERETE holding various firearms. Based on my training and experience, I believe that these firearms are not fake or "props" and are real firearms.

8. The following screen shots were taken from the date ranges of December 2, 2025, to December 8, 2025.





9.      Since the writing of the affidavit, the last post that investigators observed displaying firearms was posted on February 9, 2026, which showed ALDERETE holding what investigators believe to be an AR style pistol.  In one post, ALDERETE is seen holding this firearm in a room believed to be inside his residence of 202 Hazeldine Ave SE, Albuquerque, New Mexico 87102.  In a second post later that day, ALDERETE displays this same or similar firearm.  In the second post you can see the stucco of the "main" residence located on the Subject Premises.



10.     Based on the information and evidence obtained during this instant investigation, Investigators were able to obtain a Federal Search Warrant to search the address of 202 Hazeldine Ave SE, a grey 2012 Chrysler 300 bearing New Mexico License Plate BYWC06, and the person of Marcos ALDERETE.  This warrant was approved by District of New Mexico Magistrate Judge Kirtian Khalsa under Case No. 26mr317.

11.     On February 17, 2026, the metropolitan court for the County of Bernalillo, State of New Mexico, issued an arrest warrant for Alderete for Possession of a firearm by a convicted felon; (s) 30-7-16, NMSA 1978.

SEARCH WARRANT EXECUTION

12. On February 19, 2026, members of the USMS and FBI executed a search of the aforementioned locations to investigate ALDERETE for the Target Offense of Felon in Possession of a Firearm.

13. During the execution of this search warrant ALDERETE was taken into custody for his State arrest warrant. ALDERETE was the only individual to exit the residence during execution of this warrant. Investigators then discovered two firearms in ALDERETE's bedroom.

14. After seizing both firearms, Investigators determined that one firearm was a .22 caliber AR-Pistol (serial number: EVC4610547) and the other firearm was a "sawed off" modified Mossberg Shotgun with an obliterated serial number.

 

## CONCLUSION

15. In summary, based on the above information, I believe there is probable cause to believe that, on February 19, 2026, ALDERETE violated 18 U.S.C. §§ 922(g) and 924, that being Felon in Possession of a Firearm, 26 U.S.C. § 5861(i), that being receiving or possessing a firearm which is not identified by a serial number, and 26 U.S.C. § 5861(d) and 5871, that being: Receipt and Possession of a Firearm Not Registered with the National Firearms Registration and Transfer Record.

16. This affidavit was reviewed by Assistant United States Mia Rubin.

Respectfully submitted,

_____

TYLER FOSTER
Deputy United States Marshal

Electronically signed and telephonically sworn to me on February 19, 2026.

_____
John F. Robbenhaar
United States Magistrate Judge
District of New Mexico

7